UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

AMBER JACKSON,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

GUARDIAN CREDIT UNION

    Defendant

Case No. 22-cv-1209

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated: August 9, 2023

**s/ *Scott S. Luzi*** 
Scott S. Luzi, SBN 1067405
WALCHESKE & LUZI, LLC
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: sluzi@walcheskeluzi.com

**s/ *James M. Weck*** 
James M. Weck, SNB 1088089
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 606-7566
E-Mail: jweck@clausen.com